UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 JUN -8 PM 2:56

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 07MJ1090K |
| v. | ) JUDGMENT AND COMMITMENT |
| ANTHONY HERNANDEZ | ) T. GARRISON, FEDERAL DEFENDER'S INC. |
| | ) Defendant's Attorney |

REGISTRATION NO. _____

VIOLATION: 18 USC 656 - Misapplication of Funds by Bank Employee (Misdemeanor)

__x__ Defendant pleaded guilty to count 1 of the complaint
____ Count(s) _____ dismissed on the government's oral motion.

## JUDGMENT AND COMMITMENT

__x__ Defendant is adjudged guilty on count 1 of the complaint

__x__ SUPERVISED Probation for a term of One (1) Year
on the following conditions:
__x__ obey all laws, Federal, State and Municipal
____ comply with all lawful rules and regulations of the probation department
____ not possess any narcotic drug or controlled substance without a lawful medical prescription
____ not transport, harbor or assist undocumented aliens
____ not reenter the United States illegally
____ not possess any firearm, destructive device or any other dangerous weapon
____ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer
__x__ restitution in the amount of $3,000.00. Defendant to make payments of $200.00 per month.

__x__ Penalty assessment of $ 25.00
__x__ Fine waived       ____ Fine of $

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

June 4, 2007
Date of Imposition of Sentence

_Barbara L. Major_
Barbara L. Major
UNITED STATES MAGISTRATE JUDGE
Entered on: